**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DIVISION OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| DELORES RUPICH, | ) |
| individually and on behalf of a class, | ) ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

---

**NOTICE OF APPEARANCE**

---

Please take notice that attorney Daniel A. Edelman of Edelman, Combs, Latturner & Goodwin, LLC appears on behalf of plaintiff Delores Rupich.

Dated at Chicago, Illinois this 31st day of August, 2007

s/ Daniel A. Edelman
Daniel A. Edelman
Attorney for Plaintiff
Delores Rupich
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
Tel: 312-739-4200
Fax: 312-419-0379
Email: courtecl@edcombs.com
