IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| DELORES RUPICH, individually and on behalf of a class, | ) ) ) | 2:07cv793 |
| Plaintiff, | ) ) | Judge Clevert |
| v. | ) ) ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) ) | JURY DEMANDED |
| Defendants. | ) | |

### AMENDED STIPULATION

The Defendant, NCO Financial Systems, Inc., stipulates that it will not attempt to defeat the claimed class by mooting the claims of the Plaintiff, Delores Rupich, in the above captioned matter. In consideration of the foregoing, the Plaintiff, Delores Rupich stipulates to withdraw her pending motion for class certification without prejudice.

Respectfully submitted,

**DELORES RUPICH**

By: *Tiffany N. Hardy*
One of Her Attorneys

Daniel A. Edelman
Tiffany N. Hardy
EDELMAN, COMBS & LATTURNER, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**NCO FINANCIAL SYSTEMS, INC**

By: ______________________
One of Its Attorneys

Edwin R. Cummings
SESSIONS, FISHMAN & NATHAN
1000 Skokie Blvd., Suite 430
Wilmette, IL 60091
(847) 853-6100
(847) 853-6105 (FAX)

## CERTIFICATE OF SERVICE

      I, Daniel A. Edelman, hereby certify that on October 1, 2007, a true and accurate copy of the foregoing document was filed electronically. Parties may access this document through the Court's ECF System. A hard copy of the foregoing document was served upon the following party via US Mail and facsimile:

Edwin R. Cummings
SESSIONS, FISHMAN & NATHAN
1000 Skokie Blvd., Suite 430
Wilmette, IL 60091
Fax: 847-853-6105

                                                s/ Daniel A. Edelman
                                                Daniel A. Edelman