IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DELORES RUPICH, </br></br>    Plaintiff, </br></br> v. </br></br> NCO FINANCIAL SYSTEMS, INC., </br></br>    Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> )  Case No. 07 C 0793 </br> ) </br> ) </br> ) </br> ) |

## DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S, RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, NCO Financial Systems, Inc. (NCO), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. NCO Financial Systems, Inc., a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-

mentioned corporations are wholly owned by NCO Group, Inc, a Delaware corporation. Various corporate affiliates of Citigroup Inc. own approximately 10.1% of NCO Group, Inc. stock. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 85% of NCO Group, Inc. stock.

Respectfully submitted,

By: *s/Edwin R. Cummings*
Edwin R. Cummings

Edwin R. Cummings
SESSIONS, FISHMAN & NATHAN OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL 60091
Telephone: (847) 853-6100
Facsimile: (847) 853-6105
E-Mail: tcummings@sessions-law.biz

*Of Counsel:*

David Israel
SESSIONS, FISHMAN & NATHAN, L.L.P.
Lakeway Two, Suite 1240
3850 North Causeway Boulevard
Metairie, LA 70002-1751
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
E-Mail: disrael@sessions-law.biz

Attorneys for Defendant, NCO FINANCIAL SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2007, a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Daniel A. Edelman
>Cathleen M. Combs
>James O. Latturner
>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC.
>120 S. LaSalle Street, 18th Floor
>Chicago, Illinois 60603
>(312) 739-4200

_s/Edwin R. Cummings_

N:\NCO\Rupich, Delores (6947-07-22096)CLASS ACTION\Pleadings\Corporate Disclosure Statement.doc