IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DELORES RUPICH, | ) |
| Plaintiff, | ) ) ) ) |
| v. | )  Case No. 07 C 0793 |
| NCO FINANCIAL SYSTEMS, INC., | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that attorney Edwin R. Cummings of SESSION, FISHMAN & NATHAN OF ILLINOIS, L.L.C., appears on behalf of NCO FINANCIAL SYSTEMS, INC.

Dated: 2nd day of October, 2007, Wilmette, Illinois

s/Edwin R. Cummings
Edwin R. Cummings
SESSIONS, FISHMAN & NATHAN OF
  ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL 60091
Telephone: (847) 853-6100
Facsimile: (847) 853-6105
E-Mail: tcummings@sessions-law.biz

**Attorney for Defendant, NCO FINANCIAL SYSTEMS, INC.**

N:\NCO\Rupich, Delores (6947-07-22096)CLASS ACTION\Pleadings\Answer to Complaint.doc