IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DELORES RUPICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 0793 |
| ) | |
| NCO FINANCIAL SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that attorney David Israel of SESSION, FISHMAN & NATHAN, L.L.P., appears on behalf of NCO FINANCIAL SYSTEMS, INC.

Dated: 2nd day of October, 2007, Metairie, Louisiana

                                                _s/David Israel_
                                                David Israel
                                                SESSIONS, FISHMAN & NATHAN, L.L.P.
                                                Lakeway Two, Suite 1240
                                                3850 North Causeway Boulevard
                                                Metairie, LA 70002-1751
                                                Telephone: (504) 828-3700
                                                Facsimile: (504) 828-3737
                                                E-Mail: disrael@sessions-law.biz

                                                **Attorney for Defendant, NCO FINANCIAL SYSTEMS, INC.**

N:\NCO\Rupich, Delores (6947-07-22096)CLASS ACTION\Pleadings\Appearance for DIsrael.doc