UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DELORES RUPICH,

       Plaintiff,

  v.                                        Case No. 07-C-0793
                                           Judge Charles N Clevert, Jr.

NCO FINANCIAL SYSTEMS, INC.

       Defendant.

## *NOTICE OF APPEARANCE*

**TO:**   Daniel A. Edelman
        EDELMAN, COMBS, LATTURAER
        & GOODWIN, L.L.C.
        120 S. LaSalle Street, 18th Floor
        Chicago, Illinois 60603

     ***PLEASE TAKE NOTICE*** that the undersigned has been retained by and appears for the defendant, NCO Financial Systems, Inc., as local counsel and demands that copies of all papers and pleadings in this action be served upon the undersigned at Thomas & Kampsen, 14355 West Meadowshire Court, New Berlin, Wisconsin 53151.

Dated this 17th day of October, 2007.

          **THOMAS & KAMPSEN**

          */s/ Robert S. Phillips*
          Scott G. Thomas
          State Bar Number: 1004014
          Robert S. Phillips
          State Bar Number: 1023660
          Attorneys for Defendant,
          NCO Financial Systems, Inc.
          14355 West Meadowshire Court
          New Berlin, Wisconsin 53151
          Tel: (262) 641-5736
          Fax: (262) 821-1990
          Email: Scott.Thomas@aig.com
          Email: Robert.Phillips2@aig.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I electronically filed Defendant's Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Daniel A. Edelman, Esq.
EDELMAN, COMBS, LATTURAER
& GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603

Edwin R. Cummings, Esq.
SESSIONS, FISHMAN & NATHAN
1000 Skokie Blvd., Ste. 430
Wilmette, IL 60091

David Israel, Esq.
SESSIONS, FISHMAN & NATHAN
201 St. Charles Avenue, 35th Floor
New Orleans, LA 70170-3500

I hereby certify that I have mailed by United States Postal Service the document to the following non ECF participants: Not Applicable.

                                                         Robert S. Phillips
                                                         State Bar Number: 1023660
                                                         Attorneys for Defendant,
                                                         NCO Financial Systems, Inc.
                                                         14355 West Meadowshire Court
                                                         New Berlin, Wisconsin 53151

3