UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| DELORES RUPICH, | ) | |
| individually and on behalf of a class, | ) | 2:07cv793 |
| | ) | |
| Plaintiff, | ) | Judge Clevert |
| | ) | |
| v. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | JURY DEMANDED |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that attorney Tiffany N. Hardy of Edelman, Combs, Latturner & Goodwin, LLC appears on behalf of plaintiff Delores Rupich.

Dated at Chicago, Illinois this 19th day of November, 2007

>s/ Tiffany N. Hardy
Tiffany N. Hardy
Attorney for Plaintiff
    Delores Rupich
Bar #4074142
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
Tel: 312-739-4200
Fax: 312-419-0379
Email: thardy@edcombs.com