## **CERTIFICATE OF SERVICE**

I, Tiffany N. Hardy, hereby certify that on November 19, 2007, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this document through the Court's ECF System.

David Israel
disrael@sessions-law.biz

Edwin R. Cummings
tcummings@sessions-law.biz

Robert S. Phillips
robert.phillips2@aig.com

Scott G. Thomas
scott.thomas@aig.com

s/ Tiffany N. Hardy
Tiffany N. Hardy