**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | | |
|---|---|---|
| DELORES RUPICH, individually and on behalf of a class, | ) ) ) | 2:07cv793 |
| Plaintiff, | ) ) | Judge Clevert |
| v. | ) ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) ) | |
| Defendant. | ) | |

**AGREED MOTION TO TRANSFER VENUE**
**PURSUANT TO 28 U.S.C §1404(A)**

For the reasons set forth in the memorandum Plaintiff, Delores Rupich, respectfully moves this Court pursuant to 28 U.S.C. § 1404(a) to transfer venue of this action to the United States District Court for the Northern District of Illinois.

          Respectfully submitted,

          s/Daniel A. Edelman
          Daniel A. Edelman

Daniel A. Edelman
James O. Latturner
Cathleen M. Combs
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

    I, Daniel A. Edelman, hereby certify that on December 4, 2007, I electronically filed the foregoing **Agreed Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(A)** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Edwin R. Cummings
tcummings@sessions-law.biz

David Israel
disrael@sessions-law.biz

Robert S. Phillips
robert.phillips2@aig.com

Scott G. Thomas
scott.thomas@aig.com

                                              s/ Daniel A. Edelman
                                              Daniel A. Edelman