UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

DELORES RUPICH,

    Plaintiff,

    v.                                  Case No. 07-C-0793

NCO FINANCIAL SYSTEMS, INC.,

    Defendants.

---

ORDER TRANSFERRING CASE
TO THE NORTHERN DISTRICT OF ILLINOIS

Upon consideration of the agreed motion to transfer venue, filed December 4, 2007, and the court being fully advised with respect thereto,

IT IS ORDERED that this action is transferred to the United States District Court for the Northern District of Illinois.

Dated at Milwaukee, Wisconsin, this 21st day of December, 2007.

                                                                   BY THE COURT

                                                                     s/ C. N. CLEVERT, JR.
                                                                     C. N. CLEVERT, JR.
                                                                     U. S. DISTRICT JUDGE