# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CIVIL DOCKET FOR CASE #: 2:07–cv–00793–CNC

Rupich v. NCO Financial Systems Inc
Assigned to: Judge Charles N Clevert, Jr
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 09/04/2007
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

### Plaintiff

**Delores Rupich**

represented by **Cathleen M Combs**
Edelman Combs Latturner &Goodwin LLC
120 S LaSalle St – 18th Fl
Chicago, IL 60603
312–739–4200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel A Edelman**
Edelman Combs Latturner &Goodwin LLC
120 S LaSalle St – 18th Fl
Chicago, IL 60603
312–739–4200
Fax: 312–419–0379
Email: courtecl@edcombs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James O Latturner**
Edelman Combs Latturner &Goodwin LLC
120 S LaSalle St – 18th Fl
Chicago, IL 60603
312–739–4200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E Soule**
Edelman Combs Latturner &Goodwin LLC
120 S LaSalle St – 18th Fl
Chicago, IL 60603
312–739–4200
Fax: 312–419–0379
Email: tsoule@edcombs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany N Hardy**
Edelman Combs Latturner &Goodwin LLC
120 S LaSalle St – 18th Fl
Chicago, IL 60603
312–739–4200
Fax: 312–419–0379
Email: thardy@edcombs.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NCO Financial Systems Inc**                                    represented by    **Edwin R Cummings**
Sessions Fishman &Nathan of Illinois LLC
1000 Skokie Blvd − Ste 430
Wilmette, IL 60091
847−853−6100
Fax: 847−853−6105
Email: tcummings@sessions−law.biz
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott G Thomas**
Thomas &Kampsen
14355 W Meadowshire Ct
New Berlin, WI 53151−2416
262−641−5736
Fax: 262−821−1990
Email: scott.thomas@aig.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Israel**
Sessions Fishman &Nathan LLP
3850 N Causeway Blvd − Ste 1240
Metairie, LA 70002−1752
504−828−3700
Fax: 504−828−3737
Email: disrael@sessions−law.biz
*ATTORNEY TO BE NOTICED*

**Robert S Phillips**
Thomas &Kampsen
14355 W Meadowshire Ct
New Berlin, WI 53151−2416
262−641−5736
Fax: 262−821−1990
Email: robert.phillips2@aig.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/04/2007 | 1 | COMPLAINT (Summons(es) issued) against NCO Financial Systems Inc filed by Delores Rupich; w/Jury Demand. Consent Forms Distributed for Magistrate Judge William E Callahan. (Filing Fee Paid $350). (Attachments: # 1 Civil Cover Sheet)(kah) |
| 09/04/2007 | 2 | NOTICE of Appearance by Daniel A Edelman on behalf of Delores Rupich. (kah) |
| 09/12/2007 | 3 | Consent to Jurisdiction by US Magistrate Judge by Delores Rupich. (Edelman, Daniel) |

| 09/12/2007 | 4 | MOTION to Certify Class by Delores Rupich. (Attachments: # 1 Exhibit A–C)(Edelman, Daniel) |
|---|---|---|
| 09/12/2007 | 5 | BRIEF in Support filed by Delores Rupich re 4 MOTION to Certify Class. (Edelman, Daniel) |
| 09/12/2007 | 6 | SUMMONS Returned Executed by Delores Rupich. NCO Financial Systems Inc served on 9/12/2007, answer due 10/2/2007. (Edelman, Daniel) |
| 10/01/2007 | 7 | STIPULATION by Delores Rupich. (Edelman, Daniel) |
| 10/01/2007 | 8 | STIPULATION *[AMENDED]* by Delores Rupich. (Edelman, Daniel) |
| 10/02/2007 | 9 | ANSWER to Complaint – *Class Action* by NCO Financial Systems Inc.(Cummings, Edwin) |
| 10/02/2007 | 10 | CERTIFICATE OF INTEREST by NCO Financial Systems Inc~~ORIGINAL DOCUMENT *DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT*~~ (Cummings, Edwin) Modified event on 10/3/2007 (kah). |
| 10/02/2007 | 11 | NOTICE of Appearance by Edwin R Cummings on behalf of NCO Financial Systems Inc. (Cummings, Edwin) |
| 10/02/2007 | 12 | NOTICE of Appearance by David Israel on behalf of NCO Financial Systems Inc. (Israel, David) |
| 10/03/2007 | 13 | Docket Annotation to Atty Cummings re: doc. 10. (kah) |
| 10/17/2007 | 14 | NOTICE of Appearance by Robert S Phillips on behalf of NCO Financial Systems Inc. Attorney(s) appearing: Robert S. Phillips (Phillips, Robert) |
| 10/18/2007 | 15 | Docket Annotation to Atty Phillips re: doc. 14. (kah) |
| 11/19/2007 | 16 | NOTICE of Appearance by Tiffany N Hardy on behalf of Delores Rupich. Attorney(s) appearing: Tiffany N. Hardy (Attachments: # 1 Certificate of Service)(Hardy, Tiffany) |
| 12/04/2007 | 17 | Consent MOTION to Change Venue by Delores Rupich. (Edelman, Daniel) |
| 12/04/2007 | 18 | BRIEF in Support filed by Delores Rupich re 17 Consent MOTION to Change Venue. (Edelman, Daniel) |
| 12/21/2007 | 19 | ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF ILLINOIS signed by Judge Charles N Clevert Jr on 12/21/07 granting 17 Motion to Change Venue. (cc: all counsel) ((mj), C. N. CLEVERT, JR.) |