**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Delores Rupich
                      Plaintiff,

v.                                          Case No.: 1:07−cv−07250
                                                         Honorable Charles P. Kocoras

NCO Financial Systems Inc
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 27, 2007:

      MINUTE entry before Judge Charles P. Kocoras :Pursuant to the amended stipulation [8], plaintiff's motion [4] to certify the class is withdrawn without prejudice. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.