# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Delores Rupich

                       Plaintiff,

v.                                                 Case No.: 1:07−cv−07250
                                                    Honorable Charles P. Kocoras

NCO Financial Systems Inc

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

    MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendant NCO Financial Systems, Inc. to withdraw Appearance of Edwin R. Cummings [39] in 07 C 4420 is granted. Attorney Edwin Raymond Cummings terminated.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.