MHN

# United States District Court
# Northern District of Illinois

In the Matter of

Delores Rupich

v.  Case No. 07 C 7250

NCO Financial Systems, Inc.

Designated Magistrate Judge
Morton Denlow

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Charles P. Kocoras** to be related to **07 C 4420** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Amy J. St. Eve

Dated: January 14, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Amy J. St. Eve**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JAN 1 5 2008

Finding of Relatedness (Rev. 9/99)