## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7250 | **DATE** | 1/23/2008 |
| **CASE TITLE** | Delores Rupich vs. NCO Financial Systems, Inc. | | |

**DOCKET ENTRY TEXT**

IT IS HEREBY ORDERED that all issues having been consolidated under 07 C 4420, the above entitled action is hereby dismissed. All pleadings are to be filed in case 07 C 4420. All pending counsel in the associated case 07 C 7250 is to be linked to the lead case number 07 C 4420. Civil Case Terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TH |
|---|---|---|